IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CIRIACO LARA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Case No. 15 CV 8381 |
| v. | ) | |
| | ) | Judge Zagel |
| ALCALA MEN'S CLOTHING STORE, | ) | |
| INC, | ) | Magistrate Judge Brown |
| | ) | |
| Defendant | ) | |
| | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties having reached a settlement in this matter, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this lawsuit with prejudice, with each party bearing its own costs and attorneys' fees.


Dated: March 1, 2016

                                                                Respectfully submitted,

**For Plaintiffs,**                                             **For Defendant,**



By: _/s/Alvar Ayala___                                          By: _/s/Richard Nealis_____

Alvar Ayala                                                     Richard J. Nealis
Christopher J. Williams                                         Nealis & Garrow, P.C.
Workers Law Office, P.C.                                        510 South Batavia Ave.
53 W. Jackson Blvd. Suite 701                                   Batavia, IL 60510
Chicago, IL, 60604